IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID WILLS,

           Plaintiff,

vs.

PACCAR, INC.,  KENWORTH TRUCK
COMPANY, AND  CUMMINS INC.,

           Defendants.

**4:16CV3181**

**ORDER**

This action was initially filed in the District Court of Douglas County, Nebraska, and was removed to this forum.  (Filing No. 1). Defendants have moved to change the trial location to Omaha, Nebraska. (Filing No. 8).  Plaintiff does not oppose the motion.

Having considered Defendants' motion, the court finds Omaha is the proper location for the trial of this case.

Accordingly,

IT IS ORDERED:

1)     The motion to change the trial location, (Filing No. 8), is granted.

2)     The trial of this case will be held in Omaha, Nebraska.

December 13, 2016.

                             BY THE COURT:

                             *s/ Cheryl R. Zwart*
                             United States Magistrate Judge